

Process loans, not paperwork.™

FILED
U.S. BANKRUPTCY COURT
2018 JAN 17 P 1:35
S.D. OF N.Y.

Margaret L. Davis, Paralegal
margaretd@mersinc.org
703-652-1068

January 11, 2018

Jeffrey L. Sapir
Chapter 13 Trustee
399 Knollwood Rd
White Plains, NY 10603

RE:   Miriam Goldstein, Debtor
      Case No. 14-22018

Dear Sir/Madam:

   I am with the law department at MERSCORP Holdings, Inc., the parent company of Mortgage Electronic Registration Systems, Inc., "MERS." MERS received the enclosed check from your office. This check was based on claim # 010.

   We note Proof of Claim #010 was filed by debtor's counsel and MERSCORP Holding did not authorize the claim and is not a creditor of the debtor. For these reasons, the check is being returned.

   By copy of this letter we are also advising the US Bankruptcy Court.

   You can reach me at the above email address or call me at the above telephone number if you have questions.

                                        Very truly yours,

                                        *Margaret L. Davis*
                                        Margaret L. Davis
                                        Paralegal

Enclosures
cc: US Bankruptcy Court

CHECK FACE HAS A VOID PANTOGRAPH AND WARNING BORDER WITH MICROLINE PRINTING

**CHAPTER 13 TRUSTEE**
Jeffrey L. Sapir
399 Knollwood Rd. Ph. 914-328-6333
White Plains, N.Y. 10603
CHAPTER 13 DISBURSEMENT ACCOUNT

STERLING NATIONAL BANK
WHITE PLAINS, N.Y. 10604

473731
50-930/219

DATE: 09-12-17

PAY   ONE and 00/100                                    $ 1.00

VOID AFTER 90 DAYS

TO THE FOLLOWING

MERS CORP (FOR FREMONT)
1818 LIBRARY STREET SUITE 300
RESTON, VA 20190

_____ TRUSTEE

⑈473731⑈ ⑆221970443⑆ 0800145″601⑈

CHAPTER 13 TRUSTEE • JEFFREY L. SAPIR • 399 KNOLLWOOD RD. • WHITE PLAINS, N.Y. 10603

| DEBTOR AND ACCOUNT NUMBER | | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|---|
| 00-14-22018 MIRIAM GOLDSTEIN | | 1.00 | 0.00 | 0.00 |
| L608 | UNSECURED | | Claim #010 | |
| Totals: | | 1.00 | 0.00 | |