UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:

                xxx-xx-

                Debtor(s)

Chapter 13

Case No.

------------------------------------------------------------x

# CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION OF PLAN PAYMENTS

    KRISTA M. PREUSS, Chapter 13 Trustee, reports to the Court that the above-named Debtor(s) has made all payments to the Chapter 13 Trustee as required by the Confirmed Chapter 13 Plan.

Dated: White Plains, New York

                              /s/ Krista M. Preuss
                              Krista M. Preuss
                              Chapter 13 Trustee
                              399 Knollwood Road, Suite 102
                              White Plains, New York 10603
                              914-328-6333