**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

| | |
|---|---|
| IN RE: Miriam Goldstein | CASE NO.: 14–22018–shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–4583 | CHAPTER: 13 |

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Krista M. Preuss is discharged as trustee of the estate and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 23, 2019

Sean H. Lane, Bankruptcy Judge